# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER (AMENDED) GRANTING** |
| Plaintiff, | ) | **MOTION FOR TEMPORARY RELEASE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Joel Michael Sandoval, | ) | Case No. 1:16-cr-039 |
| | ) | |
| Defendant. | ) | |

Before the court is a "Motion for Temporary Release from Custody" filed by defendant Joel Michael Sandoval ("Sandoval") on February 16, 2016. Sandoval was ordered detained pending trial. The court has been advised that he is being housed at the Stutsman County Correctional Center in Jamestown, North Dakota. Sandoval requests to be temporarily released from custody so that he may attend his brother's funeral in Fort Yates, North Dakota. The Government has advised that it does not object to Sandoval's request.

Accordingly, the court **GRANTS** Sandoval's motion (Docket No. 20). Sandoval shall be released to the custody of his cousin, Kewazin Boyd, no earlier than 3:00 p.m. on February 18, 2016. While on temporary release, Sandoval: (1) shall not violate any federal, state, tribal, or local laws; and (2) refrain from any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants.

Should it appear to any law enforcement officer (federal, state, local, or tribal) that Sandoval is in violation of his release conditions, the law enforcement officer is authorized to detain and hold him pending further order of the court and should contact Pretrial Services Officer Tim Howard at

1

(701) 205-6878.

Sandoval shall return to the Stutsman County Correctional Center by 9:00 p.m. on February 19, 2016.  Upon his return, Sandoval shall be remanded back into the committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or servings sentences or being held in custody pending appeal. He shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Sandoval to the United States Marshal for the purpose of an appearance in connection with court proceeding.

**IT IS SO ORDERED.**

Dated this 17th day of February, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court